ORIGINAL

1   JAMES A. GONIEA (State Bar No. 170849)
    jgoniea@americandriveline.com
2   AMERICAN DRIVELINE SYSTEMS, INC.
    201 Gibraltar Road
3   Horsham, PA 19044
    Telephone: (610) 668-2900
4   Facsimile: (610) 664-5897

5   JOEL D. SIEGEL (State Bar No. 155581)
    joel.siegel@snrdenton.com
6   KAREN C. MARCHIANO (State Bar No. 233493)
    karen.marchiano@snrdenton.com
7   SNR DENTON US LLP
    1530 Page Mill Road, Suite 200
8   Palo Alto, CA 94304-1143
    Telephone: (650) 798-0300
9   Facsimile: (650) 798-0310

10  Attorneys for Plaintiff
    AAMCO Transmissions, Inc.

**FILED**

JUL 30 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

E-FILING

SNR DENTON US LLP
1530 PAGE MILL ROAD, SUITE 200
PALO ALTO, CALIFORNIA 94304
(650) 798-0300

FAXED

11

12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17  AAMCO TRANSMISSIONS, INC., a        No. CV 12 - 03999 LB
    Pennsylvania corporation,
18                                       PLAINTIFF AAMCO TRANSMISSIONS,
              Plaintiff,                 INC.'S CERTIFICATION OF INTERESTED
19                                       ENTITIES OR PERSONS (LOCAL RULE 3-
        vs.                              16)
20
    HOMAYON NIKBAKHSTTALI, an
21  individual,
22            Defendant.
23

24

25      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

26  associations of persons, firms, partnerships, corporations (including parent corporations) or other

27  entities (i) have a financial interest in the subject matter in controversy or in a party to the

28

- 1 -

No.                                          ATI's Local Rule 3-16 Disclosure

1   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

2   substantially affected by the outcome of this proceeding:

3       A.    AAMCO Transmissions, Inc. (Plaintiff)

4       B.    American Driveline Systems, Inc. (the parent corporation of Plaintiff AAMCO

5   Transmissions, Inc.)

6       C.    Homayon Nikbakhsttali (Defendant)

7                                   Respectfully submitted,

8   Dated: July 30, 2012                SNR DENTON US LLP

9

10                                  By: ___/s/ Karen C. Marchiano___
                                         KAREN C. MARCHIANO
11
                                    Attorneys for Plaintiff
12                                  AAMCO Transmissions, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No.                                                      ATI's Local Rule 3-16 Disclosure