JAMES A. GONIEA (State Bar No. 170849)
jgoniea@americandriveline.com
AMERICAN DRIVELINE SYSTEMS, INC.
201 Gibraltar Road
Horsham, PA 19044
Telephone: (610) 668-2900
Facsimile: (610) 664-5897

JOEL D. SIEGEL (State Bar No. 155581)
joel.siegel@snrdenton.com
KAREN C. MARCHIANO (State Bar No. 233493)
karen.marchiano@snrdenton.com
SNR DENTON US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1143
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

Attorneys for Plaintiff
AAMCO Transmissions, Inc.

**FILED**
JUL 30 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HOMAYON NIKBAKHSTTALI, an individual,<br><br>Defendant. | No. CV 12-03999 LB<br><br>PLAINTIFF AAMCO TRANSMISSIONS, INC.'S DISCLOSURE STATEMENT (FRCP 7.1) |

- 1 -

No.  ATI's Rule 7.1 Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff AAMCO Transmissions, Inc. ("ATI") discloses the following:

American Driveline Systems, Inc. is the parent corporation of ATI. No publicly held corporation owns 10% or more of the stock of ATI.

Respectfully submitted,

Dated: July 30, 2012

SNR DENTON US LLP

By: /s/ Karen C. Marchiano
KAREN C. MARCHIANO

Attorneys for Plaintiff
AAMCO Transmissions, Inc.